UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**HENRY FERNANDO MEMBRENO**     **CASE NO. 3:19-cv-00343-JWD-EWD**
**MEJIA and MIGUEL OMAR RODRIGUEZ**
**GERESANO**

**VERSUS**

**EUROPEAN MARBLE & GRANITE, LLC,**
**JOSHUA CROOK, and KATHLEEN FUHRIMAN**

### ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise;

IT IS ORDERED that this action is dismissed without prejudice to the right, upon good cause shown, within thirty (30) days, to re-open the action or to seek summary jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

Signed in Baton Rouge, Louisiana, on August 15, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**